# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | |
|---|---|
| SAMUEL D. BUFF and wife, KIMBERLY CALDWELL BUFF, Individually and d/b/a REBEL RED KENNELS, a North Carolina Sole Proprietorship,<br><br>    Plaintiffs<br><br>v.<br><br>DIAMOND PET FOODS, INC., a Missouri Corporation and BOB ELMORE, Individually and d/b/a BOB'S SUPERETTE, a North Carolina Sole Proprietorship,<br><br>    Defendants | 5:07-CV-020 |

## ORDER

**THIS MATTER** is before the court upon the defendant, Diamond Pet Foods, Inc.'s motion for admission *pro hac vice* of J. D. Quattlebaum of the law firm of Haynsworth Sinkler Boyd, P.A., to appear as additional counsel for the defendant in this matter filed on March 1, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that J. D. Quattlebaum is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: March 6, 2007

Dennis L. Howell
United States Magistrate Judge