IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07cv20

| | | |
|---|---|---|
| SAMUEL D. BUFF, and wife, KIMBERLY CALDWELL BUFF, Individually and d/b/a Rebel Red Kennels, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | NOTICE |
| DIAMOND PET FOODS, INC., a Missouri Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the court on the court's own notice of pending deadline. With the voluntary dismissal of Defendant Elmore on March 23, 2007, the deadline for conducting the IAC is April 6, 2007, and the deadline for filing the CIAC is April 11, 2007.

Signed: April 4, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge