**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| SAMUEL D. BUFF and wife, | ) | |
| KIMBERLY CALDWELL BUFF, | ) | |
| Individually and d/b/a REBEL RED | ) | |
| KENNELS, a North Carolina Sole | ) | |
| Proprietorship, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| V | ) | 5:07 CV 020 |
| | ) | |
| DIAMOND PET FOODS, INC., a | ) | |
| Missouri Corporation | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* (#13) of Jeffrey R. Thompson of the law firm of O'Neil, Parker & Williamson, of Knoxville, TN, to appear as counsel for the defendant, Diamond Pet Foods, Inc. in this matter filed on September 6, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Jeffrey R. Thompson is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: September 10, 2007

Dennis L. Howell
United States Magistrate Judge